**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**SHEBRENA GREEN**                                                    **PLAINTIFF**

**V.**                          **CASE NO. 4:25-CV-01023 JM-JTK**

**SOCIAL SECURITY ADMINISTRATION**                     **DEFENDANT**

**<u>ORDER</u>**

The Court has reviewed the Recommended Disposition submitted by Magistrate Judge Jerome T. Kearney. No objections have been filed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED THAT the Commissioner's decision is AFFIRMED, and judgment is entered for the Defendant.

DATED this 9th day of July, 2026.

_____
UNITED STATES DISTRICT JUDGE